**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00777-CV

### IN THE ESTATE OF JUDY DARLENE MORGENROTH, DECEASED

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1017-2011**

## ORDER

We **GRANT** appellant's September 4, 2015 second motion to extend time to file brief

and **ORDER** the brief be filed no later than September 15, 2015.


/s/    CRAIG STODDART
        JUSTICE